In the Matter of MICHAEL T. SARRO, Appellant, v MARY H. SMITH, Respondent.

Submitted November 1, 2004; decided December 16, 2004

734

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).